**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

JESUS VALDEZ,
    Plaintiff,

v.                                                  Cause No. 3:20-cv-00184-DB

GEO INTERNATIONAL MANAGEMENT, LLC,
and MARK DUNNING INDUSTRIES, INC.,
    Defendant.

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Plaintiff JESUS VALDEZ ("Plaintiff") and files this Motion for Default Judgment against Defendants GEO INTERNATIONAL MANAGEMENT, LLC and MARK DUNNING INDUSTRIES, INC. ("Defendants"), in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, respectfully showing the following:

1. On June 29, 2020, Plaintiff filed "Plaintiff's Original Complaint and Jury Demand", asserting causes of action against Defendants for discrimination and retaliation under the False Claims Act. (Ecf 1).

2. On November 23, 2020, the District Clerk entered an Entry of Default against Defendant MARK DUNNING INDUSTRIES, INC. ("MDI") in accordance with Rule 55(a) of the Federal Rules of Civil Procedure. (Ecf 9).

3. On December 1, 2020, the District Clerk entered an Entry of Default against Defendant GEO INTERNATIONAL MANAGEMENT, LLC ("GEO") in accordance with Rule 55(a) of the Federal Rules of Civil Procedure. (Ecf 12).

4. Defendants have not filed any responsive pleading.

5. Plaintiff Jesus Valdez' affidavit testimony, attached hereto as Exhibit A, prove Defendants caused Plaintiff to suffer **Seven Hundred Thirty Thousand Six Hundred Forty-Four Dollars and Sixty Cents ($730,644.60)** in damages. Specifically, Plaintiff testifies:

> On June 6, 2020, my Joint Employers, GEO International Management, LLC ("GEO") and Mark Dunning Industries, Inc. ("MDI"), Defendants in the above-referenced case, terminated my employment.
>
> Joint Employers GEO and MDI terminated my employment in violation of the False Claims Act, 31 US.C. §3730(h).
>
> GEO terminated my employment in violation of the Family and Medical Leave Act, 29 U.S.C. §2601, *et seq.*
>
> When Joint Employers GEO and MDI terminated my employment, I was earning $23.89 an hour. With benefits calculated at 20% of my pay rate, when Joint Employers GEO and MDI illegally terminated my employment, I was receiving benefits in the value of $4.78 ($23.89 x .20) an hour. Accordingly when Joint Employers GEO and MDI illegally terminated my employment, I was earning, including benefits, $28.67 ($23.89 + $4.78), such as paid sick leave and two weeks vacation per year, an hour.
>
> When Joint Employers GEO and MDI illegally terminated my employment, I was working 40 hours per week, and earning $1,146.80 ($28.67 x 40 hours) per week.
>
> As 28 weeks have passed since Joint Employers GEO and MDI illegally terminated my employment, **GEO and MDI caused me to lose a total of $32,110.20 ($1,146.80 x 27 weeks) in lost compensation, wages and benefits, in the past**[.]
>
> At the time Joint Employers GEO and MDI terminated my employment, I was earning $1,146.80 per week, including benefits, I was annually earning $59,633.60 ($1,146.80 x 52 weeks). Accordingly, **Joint Employers GEO and MDI's termination of my employment will cause me to lose $238,534.40 ($59,633.60 x 4 years) over the next four years**.
>
> Since I was fired by Geo and MDI, I became and still am depressed. As a result of my depression, I have stomach problems, such as pain due to acidity every day, increased high blood pressure every day, and headaches about 5 times per week upon waking which last anywhere from 6 hours to all day. Oftentimes, also about 5 times per week, I have the sensation that I am suffocating, that I can't breathe, which lasts about 4 hours each time. I have anxiety and fear constantly every day and every night about the insecurity of my and my family's future due to not being employed and my inability to pay for my mortgage on my and my family's home in the amount of $580 dollars a month, as well as the inability to pay utility

bills, such as the electricity, gas, and water bills. I have not paid these utility bills for months and have entered into a payment plan for the electricity and gas utility bills. My wife and I don't have any more savings, even though I had very little. I am currently over $400 dollars behind on the water bill. Every night I am unable to sleep and have nightmares about and because I am worried about losing our family home, where my wife, Monica, and my two young children, Perla Sarai Valdez, who is 13 years old and Jesús Israel Valdez, aged 11 years old live. I am terrified that our hot water or heat will be cut off in the middle of winter.

Indeed, I am having difficulty feeding my family I have had to resort to going to food lines to get food to eat for me and my family several times. These are desperate times.

In addition, due to this constant and terrible anxiety and fear described above, I have begun to bleed from my right eye due to the stress I feel. My doctor says that I am at risk of having the retina from my right eye dislodge again. Needless to say another terrible fear and source of anxiety is that I don't have health insurance for me and my family I wonder, worry and have fears every day and every night about what would happen if any of us got COVID-19 or seriously ill or injured given that I have no income to support my family or pay for medical expenses.

Also, I feel horrible and further depressed that I just recently told my children that there will be no gifts for Christmas this year due to our terrible financial condition.

Since Joint Employers GEO and MDI illegally terminated me, I have diligently looked for new employment. However, I have been unable to find work as I am told that they will call me back, but they don't, or that they are not hiring at this time due to the COVID-19 pandemic. Being unemployed has left me unable to support my family It makes me feel worthless as a man. I feel like I do not have any value. I feel desperate, hopeless, and helpless every day due to being fired because I cannot protect my family from losing our home, from having the utility bills cut off, from not being able to pay for medical expenses, or from hunger.

Every day is a struggle because I am depressed as to how I was fired, and ashamed to not be working and able to provide for my family's support.

In the foreseeable future, I will continue to suffer and endure the fear; depression, anxiety, shame, desperation, hopelessness and helplessness which I endure every day and every night, as I have described above, because I have no income or job to support my family since I was fired by Geo and MDI.

My ex-employers GEO and MDI's decision to terminate my employment caused me to suffer this severe mental anguish and emotional distress. Accordingly I am asking the Court to award me $230,000.00 for such damages in the past, and $230,000.00 for such damages in the future.

As a result of GEO International Management, LLC and Mark Dunning Industries, Inc. illegally terminating me, I suffered the following losses:

1. Thirty Two Thousand One Hundred Ten Dollars and Twenty Cents (**$32,110.20**) for lost pay, compensation, wages and benefits, in the past;

2. Two Hundred Thirty-Eight Thousand Five Hundred Thirty-Four Dollars and Forty Cents (**$238,534.40**) for the loss of pay compensation, wages and benefits, I will lose over the next four years;

3. Two Hundred - Thirty Thousand Dollars (**$230,000.00**) in damages for mental anguish and emotional distress in the past; and

4. Two Hundred - Thirty Thousand Dollars (**$230,000.00**) in damages for mental anguish and emotional distress in the future[.]

*Exhibit A*, "Affidavit of Jesus Valdez".

5. The affidavit testimony of Plaintiff's counsel, Enrique Chavez, Jr., attached hereto as Exhibit B, proves Defendants caused Plaintiff to additionally incur **Nine Thousand Seven Hundred Twenty Dollars ($9,720.00)** in attorney fees for this case. *Exhibit B*, "Affidavit of Enrique Chavez, Jr.".

6. As Defendant GEO is a limited liability company, and Defendant MDI is a for-profit corporation, Defendant's are not and cannot be military service members under the Servicemembers Civil Relief Act, 50 U.S.C. §3901, *et seq.*, so an affidavit of Defendants' military status is unnecessary.

7. Plaintiff requests the Court enter a default judgment against Defendants, jointly and severally. Fed. R. Civ. P. 55(b)(2).

8. A hearing is unnecessary as the record shows Defendants have not filed any responsive pleading, timely or otherwise, and Plaintiff proves his amount of damages through affidavit testimony. Fed. R. Civ. P. 55(b)(2).

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully requests the Court enter a Default Judgment against Defendants, jointly and severally, awarding Plaintiff Seven Hundred Thirty Thousand Six Hundred Forty-Four Dollars and Sixty Cents ($730,644.60) in damages as explained above and Nine Thousand Seven Hundred Twenty Dollars ($9,720.00) in attorney fees.

**SIGNED** on this 19th day of December 2020.

        Respectfully submitted,

        **CHAVEZ LAW FIRM**
        2101 Stanton Street
        El Paso, Texas 79902
        (915) 351-7772
        (915) 351-7773 facsimile

By: /s/ Enrique Chavez, Jr.
        **Enrique Chavez, Jr.**
        enriquechavezjr@chavezlawpc.com
        State Bar No.: 24001873
        **Michael R. Anderson**
        manderson@chavezlawpc.com
        State Bar No.: 24087103
        *Attorneys for Plaintiff*