# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JESUS VALDEZ,<br>    Plaintiff,<br><br>v.<br><br>GEO INTERNATIONAL<br>MANAGEMENT, LLC and MARK<br>DUNNING INDUSTRIES,<br>    Defendants. | §<br>§<br>§<br>§     EP-20-CV-184-DB<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On January 4, 2021, the Court issued a default judgment against Defendants GEO International Management, LLC and Mark Dunning Industries. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **5th** day of **January 2021**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE